### BROWN *v.* THE STATE.

ATKINSON, J. The charge of the court was not erroneous for any reason assigned. The evidence supported the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 16,—Decided July 28, 1906.

Indictment for assault with intent to murder. Before Judge Littlejohn. Crisp superior court. May 24, 1906.

*Blalock & Cobb,* for plaintiff in error.

*Frank A. Hooper, solicitor-general,* contra.